UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE ZITO and ALECIA BOWDON, <br><br> Plaintiffs, <br><br> v. <br><br> RENAL TREATMENT CENTERS WEST INC., <br><br> Defendant. | CASE NO. 2:24-cv-820 <br><br> SCHEDULING ORDER |

**SCHEDULING DEADLINES**

Having reviewed the parties' Joint Status Report and Discovery Plan, Dkt. No. 14, the Court sets the following deadlines:

| EVENT | DATE |
|---|---|
| Deadline for joining additional parties | December 5, 2024 |
| Deadline for filing amended pleadings | December 5, 2024 |
| Affirmative class certification expert disclosures due | March 5, 2025 |
| Rebuttal class certification expert disclosures due | March 26, 2025 |

ORDER SETTING TRIAL & RELATED DATES - 1

| EVENT | DATE |
|---|---|
| Completion of depositions of class certification experts | April 23, 2025 |
| Deadline to file motion for class certification | May 21, 2025 |
| Deadline to file opposition to motion for class certification | June 11, 2025 |
| Deadline to file reply to motion for class certification | June 18, 2025 |
| Hearing on class certification | To be announced |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court will alter these dates only upon good cause shown. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

The Court will set further case scheduling deadlines after ruling on the motion for class certification. If the Court denies the class certification motion, any party may request an expedited trial date.

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers

ORDER SETTING TRIAL & RELATED DATES - 2

Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

**SETTLEMENT**

If this case settles, the parties must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 4th day of September, 2024.

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 3